**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JAMES MCALPHIN,                                                                                         PLAINTIFF
ADC # 88328

v.                                            2:13CV00145-DPM-JJV

N. OBI, Dr., ADC, EARU; *et al.*                                                                    DEFENDANTS

## ORDER

      1.      The Court finds service is appropriate for Defendants N. Obi, Dr. Ball, and G. Campbell.

      2.      The Clerk of the Court shall prepare Summons for these Defendants.

      3.      The United States Marshal shall serve a copy of the Complaint (Doc. No. 4), Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 2), and Summons on these Defendants without prepayment of fees and costs or security therefore.

      4.      The Defendants shall file their Response to the Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 2) within twenty-one (21) days from the date of service.

SO ORDERED this 13th day of November, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE