IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JAMES MCALPHIN,**
**ADC # 88328**                                                           **PLAINTIFF**

v.                      No. 2:13-cv-145-DPM-JJV

**N. OBI, Doctor, ADC, EARU; BALL,**
**Doctor, ADC, EARU; G. CAMPBELL,**
**APN, ADC, EARU**                                **DEFENDANTS**

### ORDER

Opposed recommendation, № 41, adopted. FED. R. CIV. P. 72(b)(3).

McAlphin's motion for a preliminary injunction and temporary restraining order, № 2, is denied. His motion for a ruling, № 40, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 June 2014