# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JAMES MCALPHIN,**
**ADC # 88328**                                                                                           **PLAINTIFF**

v.                            **No. 2:13-cv-145-DPM-JJV**

**N. OBI, Doctor, ADC, EARU; BALL,**
**Doctor, ADC, EARU; and G.**
**CAMPBELL, APN, ADC, EARU**                                   **DEFENDANTS**

## ORDER

McAlphin's motion for reconsideration, № 49, is granted. McAlphin filed his addendum, № 45, after the Court had adopted Magistrate Judge Volpe's recommendation. The Court will therefore revisit the matter. In his motion for a temporary restraining order and preliminary injunction, № 2, McAlphin asked that Defendants set up a follow-up visit for him with a cardiologist, provide him with pain medication, and readminister a holter monitor test. № 2 & 3. The Defendants say, and the Court agrees, that since McAlphin filed his motion in October 2013, he has been seen by a cardiologist, has received a holter monitor test, and has been prescribed pain medicine. The medical records that McAlphin provides in his addendum show the

results of his completed holter monitor test, № 45 at 3-16, and document his follow-up visit with a cardiologist, № 45 at 17-19. McAlphin's new requests that a sleep apnea test be conducted and that he be housed in temperatures less than eighty degrees, № 49 at 3, are beyond the scope of his original motion. They should be raised in a separate motion if McAlphin still seeks relief.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 July 2014