IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES McALPHIN
ADC # 88328                                                                PLAINTIFF

v.                              No. 2:13-cv-145-DPM-JJV

DR. NWANNEM OBI-OKOYE, ADC, EARU;
DR. DON BALL, ADC, EARU; and GERALDINE
CAMPBELL, APN, ADC, EARU                                    DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation as modified, № 76, and overrules McAlphin's objection, № 78. FED. R. CIV. P. 72(b)(3). The Court appreciates the Clerk updating the names in the docket sheet already based on Judge Volpe's recommendation. Motion for judicial notice, № 77, denied. McAlphin's brief, statement of disputed facts, and exhibits have all been docketed. № 74 & 75. Motion for hearing, № 79, denied. The Court declines to certify that an *in forma pauperis* appeal from this Order and the related Judgment would not be in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 April 2015