IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES McALPHIN
ADC # 88328                                                                PLAINTIFF

v.                            No. 2:13-cv-145-DPM

DR. NWANNEM OBI-OKOYE, ADC, EARU;
DR. DON BALL, ADC, EARU; GERALDINE
CAMPBELL, APN, ADC, EARU; DR. KITRELL,
Psychiatrist, ADC, EARU; DR. JOHN DELK,
Doctor of Urology, University Hospital;
CHARLOTTE GARDNER, Regional Ombudsman;
DR. RICHARD E. D'ANNA, Urologist; CORIZON,
Medical Contractor, ADC; DUNN, Nurse; DR.
ROLAND ANDERSON, ADC Central Office;
LARRY MAY, Assistant Director, ADC; RAY
HOBBS, Director, ADC, in his individual capacity;
WENDY KELLY, Deputy Assistant Director,
ADC, in her individual capacity; and ARKANSAS
DEPARTMENT OF CORRECTION, a municipality        DEFENDANTS

## JUDGMENT

**1.** McAlphin's official capacity claims are dismissed without prejudice.

**2.** McAlphin's claims against Kitrell, Delk, Gardener, D'Anna, Corizon, Dunn, Anderson, May, Hobbs, Kelly, and Ball are dismissed without prejudice.

**3.** McAlphin's heat exposure claims against Obi-Okoye are dismissed without prejudice.

**4.** McAlphin's claims against the Arkansas Department of Correction are dismissed with prejudice.

**5.** All other claims against Obi-Okoye and Campbell are dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 April 2015